IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-mc-122-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $14,079.00 IN U.S. CURRENCY seized from Conover Skill House on or about April 2, 2022, in Catawba County, North Carolina, | ) ) ) ) |
| | ) |
| APPROXIMATELY $47,133.00 IN U.S. CURRENCY seized from Satishkumar Patel on or about April 2, 2022, in Mecklenburg County, North Carolina, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Government's Motion for Extension of Time to File Complaint for Forfeiture, in which the Government requests an extension of the period for filing a complaint for forfeiture as to currency seized from Conover Skill House and Satishkumar Patel.

On May 18, 2022, Satishkumar Patel filed a claim with the U.S. Customs and Border Patrol, requesting that the Government file a complaint for forfeiture of the property seized from him. Pursuant to the applicable statutory requirements, the Government's period within which to initiate a complaint for forfeiture expires on

August 15, 2022.  *See* 18 U.S.C. § 983(a)(2).  The Government requests an extension of that deadline and Mr. Patel, through counsel, has agreed to the extension.

For good cause shown, the Government's Motion for Extension of Time to File Complaint for Forfeiture is GRANTED, and the Government is allowed up to and including September 14, 2022 in which to file a complaint for forfeiture of the subject property.

**SO ORDERED**.

Signed: August 10, 2022

David S. Cayer
United States Magistrate Judge

2